**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00654-CV

---

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

**JUAN ADAME, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF AMELIA ADAME (DECEASED); TONY ALVARADO; CAROLINE ANDREWS, INDIVIDUALLY AND AS REPRESENTATIVE OF JEROME JOHNSON, SR. (DECEASED); VANESSA BARCUS; DEBRA BARNES; DEBRA BARNES; VERNA BATTLES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WALTER PARKER (DECEASED); KELLY BLACKSHEAR; FRANKIE BOSTON; ELLIS BROUSSARD; SHIRLEY BROUSSARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELLIS BROUSSARD, SR. (DECEASED); EARNESTINE BROWN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BENJAMIN BROWN (DECEASED); LINDA BROWN; DONALD BRYANT; WENDELL BUTLER, INDIVIDUALLY AND AS REPRESENTATIVE OF HELEN BUTLER (DECEASED); ALFONSO CANTU; FRANCISCO CASAS; JOANNA CASEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MITCHELLE LOVE (DECEASED); TONNA COLE; KATHY COMB; LAWANDA COMBS; DIANA COOK; ARTHUR CORMIER;**

DANNY CORNELIUS JR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SHARRON CORNELIUS (DECEASED); VELMA CRISWELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LAMAR LARKIN (DECEASED); FRED CROWDER; GLORIA CRUZ; LEE DAVIS; REGINALD DAVIS, INDIVIDUALLY AND AS REPRESENATIVE OF THE ESTATE OF BARBARA DAVIS (DECEASED); KISHA DOUGLAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF MURPHY DOUGLAS (DECEASED) AND MARGIE DOUGLAS (DECEASED); MATTHEW EVANS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSEPH EVANS (DECEASED); MICHELLE FISCHER; ROBERT FLORENCE JR., INDIVIDUALLY AND AS REPRESETATIVE OF THE ESTATE OF JOTHLE FLORENCE AND ROBERT FLORENCE (DECEASED); MARY FORD; TURKISHA FULLER; TORRENCE TYRONE GAVIN; T-ETTA GAYLES, INDIVIDUALLY AND AS REPRESETATIVE OF THE ESTATE OF EVELYN GAYLES (DECEASED); ELLIOTT ANTHONY GOOSBY; EVELYN GORDON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FRANK JAMES BRYAN, SR. (DECEASED); ARCHIE JEROME HAMPTON; W.D. HATTER; WHITNEY HATTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF VERONICA DAWSON (DECEASED); SAMUEL HEARNE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTA HEARNE (DECEASED) AND SAM HEARNE (DECEASED); JEANETTE HELAIRE; LEWIS HENDERSON; CHARLOTTE HENSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HELEN HENSON (DECEASED); MAXINE HILL PACE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BERNICE HILL (DECEASED); COY HOOEY; JOYCE HUDSON; ROBERT HUNT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WANDA HUNT (DECEASED); FLORENCE JACKSON; MADELYN JACKSON; REGINALD JOHNSON; ANTHONY JOHNSON; CARL JONES; LUCY JOSEPH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FELTON JOSEPH (DECEASED); MR. JOSEPH LEWIS; JULITA LEWIS; CHARLES LONDON; DOROTHY MANUEL; MICKY MARTIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GEORGE DAVIS (DECEASED); CARL MARTIN; PATRICK MARTIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARY TOMPKINS (DECEASED); JOHNNY MINOR;

**CHARLES MOSLEY; ANGELA MYERS; SANDRA NORMAN; GLORIA PALMER; JOEL PARKER; TASHIE PEAVY; DONALD PITMANN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BERNARD PITTMAN (DECEASED); DON POWELL; JACQUELINE REECE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARET ROYAL (DECEASED); MELODY RICHARDSON; GINA SCALES; ERIC SMITH; DAVID STRUGGS; AND ELLA TRAHAN,**
**Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-50465**

---

### MEMORANDUM OPINION

This is a statutory interloutory appeal from an order signed November 1, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.